**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JONATHAN BECKWITH,**

**Plaintiff,**

**-against-**

**AUGUSTIN CORTES AND JEFFY YU,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-01091-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated September 17, 2026, *pro se* Defendant Agustin Cortes filed a pre-motion conference letter regarding an anticipated motion to dismiss. *See* ECF No. 13. Per this Court's Individual Practices, Plaintiff is hereby **ORDERED** to respond, indicating his position by **September 25, 2026**.

**SO ORDERED.**

**Dated: September 22, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**