**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JONATHAN BECKWITH,**

**Plaintiff,**

**-against-**

**AUGUSTIN CORTES AND JEFFY YU,**

**Defendants.**

---

**1:26-cv-01091-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated September 17, 2026, *pro se* Defendant Agustin Cortes filed a pre-motion conference letter regarding an anticipated motion to dismiss. *See* ECF No. 13. On September 22, 2026, Plaintiff filed a letter in response indicating his position. *See* ECF No. 15. In his letter, Plaintiff indicates he will amend the complaint to address Defendant's arguments. *See id*. As such, Defendant's request for a pre-motion is hereby **DENIED** without prejudice. Plaintiff is **ORDERED** to file an Amended Complaint by **October 15, 2026**. Following the filing of an Amended Complaint, the Parties should submit a joint status report ("JSR") to the Court by **October 22, 2026**. The JSR should address whether Defendant still wishes to file a motion to dismiss and also whether the parties would be interested in a referral for a settlement conference or to the court-annexed mediation program.

**SO ORDERED.**

**Dated: September 24, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**